UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SMITH, | Case No. 2:26-cv-03577-SSC |
| Plaintiff, | |
| v. | JUDGMENT |
| UNIFI SECURITY PACIFIC, INC. et al., | |
| Defendants. | |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. Plaintiff's putative class claims are dismissed, without prejudice as to any other putative class member;

2. Plaintiff will submit his individual wage and hour claims and individual PAGA claim to binding arbitration in accordance with the provisions of the Arbitration Agreement;

3. This matter is remanded to the California Superior Court for the County of Los Angeles; and

4.    The Clerk of Court shall close this case.

DATED: May 12, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

2